# DECISIONS

——OF THE——

# SUPREME COURT OF FLORIDA.

## JUNE TERM, A. D. 1897.

JOHN DREW, PLAINTIFF IN ERROR, VS. THE STATE OF FLORIDA, DEFENDANT IN ERROR.

CRIMINAL LAW—SUFFICIENCY OF EVIDENCE TO SUSTAIN CONVICTION.

Where there are no other errors assigned or argued in a criminal case on writ of error, except that the verdict is not supported by the evidence, and the court finds that the evidence in the record is sufficient to sustain the verdict, the judgment will be affirmed.

Writ of error to the Circuit Court for Clay county.

The facts in the case are stated in the opinion.

*R. W. and W. M. Davis*, for Plaintiff in Error of the Court.

*The Attorney-General*, for Defendant in Error.

TAYLOR, C. J.:

The plaintiff in error was indicted, tried and convicted in the Circuit Court of Clay county for the

28

crime of larceny and sentenced to a term of two years in the penitentiary, and seeks a reversal on writ of error.

No errors are assigned or argued except that the verdict was not supported by the evidence adduced. Without encumbering our reports with a useless rehearsal of the evidence, we find that though it is conflicting in some respects, yet if that part of it introduced by the State was believed by the jury, it was sufficient to sustain the conviction had upon it. The jury being the sole judges of the weight of the evidence and the credibility of the witnesses, we can not, under the circumstances, reverse their finding, and the judgment of the court below is, therefore, hereby affirmed.